SEND



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lehman Brothers Bank FSB<br><br>RBC Mortgage Company of California<br>              Intervenor     PLAINTIFF(S)<br>              v.<br>Beverly Hills Estates Funding Inc et al<br><br>                DEFENDANT(S). | CASE NUMBER<br><br>CV03-2702-DDP(PLAx)<br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

    It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:    as to the Intervenors Complaint RBC Mortgage Company of California

| | |
|---|---|
| Robert Holland | company |
| 1261 Angelo Drive LLC a California liability Company | Beverly Hills Construction Management LLC |
| Wilshire Equipment Rentals Inc a California corporation | a California limited liability |
| 1407 Davies Drive, LLC a California limited liability | 1777 Summit Ridge LLC a California limited liability |
| Company | company |
| David Stephen Eisenberg | Cospec Inc a California corporation |
| 2601 Bowmont Drive LLC a California limited liability | |
| company | |
| Rodeo Financial LLC a California limited liability | |



January 30, 2004
Date

Clerk, U.S. District Court

By Phyllis López
Deputy Clerk

CV-37 (10/01)            DEFAULT BY CLERK F.R.Civ.P. 55(a)