O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEHMAN BROTHERS BANK, FSB, | ) | Case No. CV 03-02702 DDP (JWJx) |
| Plaintiff, | ) ) | **ORDER GRANTING PLAINTIFF-IN-INTERVENTION'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| v. | ) ) | |
| BEVERLY HILLS ESTATES FUNDING, INC., a California corporation; et al., | ) ) ) ) | [Motion filed on November 15, 2010] |
| Defendants. | ) ) ) | |
| _____ | ) | |

    Presently before the court is Plaintiff-in-intervention RBC Mortgage Company of California's ("RBC") motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure for leave to file the proposed Third Amended Complaint ("TAC").  Having considered the papers submitted by the parties, the court finds that Defendants California Title Company and William Thomas have neither alleged nor established any undue prejudice if RBC is granted leave to amend.  Furthermore, RBC has set forth sufficient cause why it should be granted leave to file a TAC.

///

///

For the foregoing reasons, the court GRANTS Plaintiff's Motion for Leave to File Third Amended Complaint and Join Parties as Plaintiffs.

IT IS SO ORDERED.

Dated: December 14, 2010

DEAN D. PREGERSON
United States District Judge